DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISAAC L. WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1542

_____

March 15, 2024

BY ORDER OF THE COURT:

Appellant's motion for rehearing and clarification is granted in part. The prior opinion dated December 20, 2023, is withdrawn, and the attached opinion is issued in its place. Appellant's request for written opinion is denied. No further motions for rehearing will be entertained.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL
CLERK

# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ISAAC L. WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1542

_____

March 15, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Isaac L. Watkins, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT JJ., Concur.

_____

Opinion subject to revision prior to official publication.